FILED
November 9, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )   Case No. CR S-05-0461 FCD
                          )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
MATTHEW DUANE EVELAND,    )
                          )
            Defendant.    )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  MATTHEW DUANE EVELAND , Case No. CR S-05-0461 FCD , Charge  18 USC § 2252 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    \_\_    Bail Posted in the Sum of $\_\_\_\_\_

        \_\_    Unsecured Appearance Bond $ \_\_\_\_\_

        \_\_    Appearance Bond with 10% Deposit

        \_\_    Appearance Bond with Surety

        \_\_    Corporate Surety Bail Bond

    **X**    (Other)  *with Pretrial Services Supervision and conditions*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 9, 2005  at   2:20 p.m.   .

By   *Dale A. Drozd*  
Dale A. Drozd  
United States Magistrate Judge

Original - U.S. Marshal