```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MATTHEW D. EVELAND
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  NO. CR-S-05-461-FCD
                                 )
12             Plaintiff,        )
                                 )  STIPULATION AND ORDER
13       v.                      )
                                 )
14  MATTHEW D. EVELAND,          )  Date: December 12, 2005
                                 )  Time: 9:00 a.m.
15             Defendant.        )  Judge: Frank C. Damrell
                                 )
16  _____)
```

17       The United States of America, and the defendant, Matthew D. Eveland,

18  through his counsel, hereby stipulate that this matter may be continued from

19  Monday, November 28, 2005, to Monday, December 12, 2005 at 9:30 a.m., for the

20  following reasons:

21       The defense has just received discovery and a plea offer from the

22  government and needs to review it and go over the discovery and the agreement

23  with the defendant.

24  ///

25  ///

26  ///

27  ///

28  ///

1   The parties further stipulate and agree that time under the Speedy Trial
2   Act should be excluded pursuant to Title 18 USC §1361(h)(8)(B)(iv), and Local
3   Code T-4, to allow counsel reasonable time to prepare.

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
MATTHEW D. EVELAND

Dated: November 23, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Laurel White
_____
LAUREL WHITE
Assistant U.S. Attorney

**ORDER**

   **IT IS SO ORDERED.**

DATED: November 23, 2005

/s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL JR.
District Court Judge

2